## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08- $/ / / - M$ |
| | ) |
| NELSON  AVILES, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR DETENTION HEARING

NOW COMES the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

    1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

       \_\_\_\_   Crime of violence (18 U.S.C. § 3156)

       \_\_\_\_   Maximum sentence life imprisonment or death

       \_\_\_\_   10+ year drug offense

       \_\_\_\_   Felony, with two prior convictions in above categories

       \_\_\_\_   Minor victim

       \_X\_   Possession/ use of firearm, destructive device or other dangerous weapon

       \_\_\_\_   Failure to register under 18 U.S.C. § 2250

       \_X\_   Serious risk defendant will flee

       \_\_\_\_   Serious risk obstruction of justice

    2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

       \_X\_   Defendant's appearance as required

       \_X\_   Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    \_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    \_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    \_\_\_ At first appearance

    \_X\_ After a continuance of \_2\_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed, the defendant was:

        \_\_\_ (a) on release pending trial for a felony;

        \_\_\_ (b) on release pending imposition or  execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        \_\_\_ (c) on probation or parole for an offense.

  \_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

  \_\_\_ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this __24th____ day of June, 2008.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney


BY: *Robert J Prettyman*

Robert J. Prettyman
Assistant United States Attorney